UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

    LATANYA TIPPETT-RHODES
        Debtor,
_____/   Case No. 10-51548

JOHN R. BAILEY (P43677)   Chapter 7
Attorney for Debtor   Judge Steven W. Rhodes
3150 Packard Road
Ypsilanti, MI 48197
(734) 434-3989

WEGNER AND ASSOCIATES, P. C.
By:    Wayne G. Wegner   (P25224)
       Jeffrey L. Vollmer   (P62728)
       John L. Finkelmann (P66054)
Attorneys for Creditor
23201 Jefferson Avenue
St. Clair Shores, MI 48080
(586) 773-1800
_____/

**CERTIFICATION THAT NO RESPONSE HAS BEEN
RECEIVED TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

    Movant, Marjorie Sharp, by her attorneys, WEGNER AND ASSOCIATES, P.C., states the following:

    1.    Movant filed her Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3) with respect to the real property located at 760 Cherry Grove Road, Canton, Michigan 48188.

    2.    A copy of the Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(a)(3) were served upon all interested parties electronically on April 21, 2010.

3. As of May 6, 2010, Movant has not received an Answer or any written Objection.

4. To Movant's knowledge and belief, no hearing has been scheduled on the matter.

/s/ John L. Finkelmann (P66054)
Attorney for Movant,
Marjorie Sharp

Dated: May 6, 2010

2